# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 | **DATE** | 1/15/2008 |
| **CASE TITLE** | USA vs. Rondell Freeman et al | | |

**DOCKET ENTRY TEXT**

Government's first and final motion for extension of time to return indictment pursuant to 18 U.S.C. §3161(h) is granted. The objection of defendant Adam Sanders is overruled. The objection of Demarquis Williams is mooted by the order given. As stated in open court, the government is ordered to provide the electronic discovery as soon as available and no later than 2/15/2008.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Order Form (01/2005)    Case 1:07-cr-00843    Document 102    Filed 01/15/2008    Page 1 of 1

07CR843 USA vs. Rondell Freeman et al    Page 1 of 1