UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DANIEL HILL, et. al.,<br>Defendants. | )<br>)<br>) No.  1:07-CR-00843<br>) Judge:  Honorable Sidney I.<br>)           Schenkier<br>)<br>)<br>) |

**FILED**

FEB 1 1 2008
FEB 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF MOTION**

*Please Take Notice* that I shall appear before the Honorable Sidney I. Schenkier on February 21, 2008 at 8:30 a.m., or any judge sitting in his stead, in Courtroom 1700 at 219 S. Dearborn, Chicago, Illinois, to present the enclosed motion: Defendant Daniel Hill's Motion for Reconsideration for Pretrial Release.

*Dated:* February 11, 2008

_____
Joan A. HillMcClain

**CERTIFICATE OF SERVICE**

The undersigned certifies that she has mailed, via U.S. Mail, a copy of Defendant's Motion for Reconsideration for Pretrial Release herein to all the named parties listed below on February 12, 2008.

1

_____
Joan A. Hill McClain

1. Kruti D. Trivedi, AUSA
   United States Attorney's Office
   219 S. Dearborn, Suite 500
   Chicago, Illinois 60604

2. Rachel Marie Cannon, AUSA
   United States Attorney's Office
   219 S. Dearborn, Suite 500
   Chicago, Illinois 60604

3. J. Clifford Greene, Jr., Attorney
   55 W. Monroe, Suite 2455
   Chicago, Illinois 60603
   Rondell Freeman

4. Leonard C. Goodman, Attorney
   53 W. Jackson, Suite 1220
   Chicago, Illinois 60604

   Brian Wilbourn

5. Michael J. Falconer, Attorney
   35 E. Wacker, Suite 650
   Chicago, Illinois 60601

6. James. D. Tunick, Attorney
   53 W. Jackson, Suite 1362
   Chicago, Illinois 60604

   Adam Sanders

7. Ellen R. Domph, Attorney
   53 W. Jackson, Suite 1544
   Chicago, Illinois 60604

   Demarquis Williams

8. Ralph J. Schindler, Jr., Attorney
   53 W. Jackson, Suite 818
   Chicago, Illinois 60604

   Senecca Williams

9. Patrick E. Boyle, Attorney
   155 N. Michigan, Suite 562
   Chicago, Illinois 60601

   Reginald Baker

10. Paul Edward Paprocki, Attorney
    3310 N. Harlem
    Chicago, Illinois 60634

    Robert Freeman

11. Robert S. Nathan, Attorney
    53 W. Jackson, Suite 1556
    Chicago, Illinois 60604

    Clint Linzy

12. Clark P. Devereux, Attorney
    53 W. Jackson, Suite 615
    Chicago, Illinois 60604

    Lonnie Mack

13. John M. Beal, Attorney
    53 W. Jackson, Suite 1108
    Chicago, Illinois 60604

    Lance Olden

14. Steven Saltzman, Attorney
    122 S. Michigan, Suite 1850
    Chicago, Illinois 60603

    Terrance Sewell

15. Eugene, Steingold, Attorney
    111 W. Washington
    Chicago, Illinois 60602

      Marcell Thomas

16.    Jerry D. Bischoff, Attorney
      35 E. Wacker Driver, Suite 650
      Chicago, Illinois 60601

      Darnell Williams