

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case  07 cr 0843

United States of America
      v.
Daniel Hill, et. al.

Honorable Sidney I. Schenkier

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Daniel Hill

| SIGNATURE | [signature] | FILED FEB 11 2008 |
|---|---|---|
| FIRM | Attorney At Law | FEB 1 1 2008 |
| | | MICHAEL W. DOBBINS |
| | | CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS | 3809 S. Ellis | |
| CITY/STATE/ZIP | Chicago 60653 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6197729 | TELEPHONE NUMBER 773 297 1830 | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒     APPOINTED COUNSEL ☐