# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 3 | **DATE** | 2/14/2008 |
| **CASE TITLE** | United States of America vs. Daniel Hill | | |

**DOCKET ENTRY TEXT**

Bond hearing set for 2/20/08 at 9:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | mm |
|---|---|---|