UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| V. | ) | 07 CR 0843 |
| | ) | |
| | ) | Magistrate Judge Schenkier |
| Daniel Hill | ) | |

## MOTION TO CLARIFY STATUS OF COUNSEL

1. On or about December 12, 2007 Michael James Falconer was appointed under the Criminal Justice Act to represent Daniel Hill.

2. On or about February 11, 2008, another attorney, Joan Hill McClain entered her appearance. In a departure from customary practice, no motion for substitution of counsel was filed. The Court did not terminate Falconer's representation.

3. Falconer is informed and believes, after consultation with the Hill family, that Ms. Hill McClain was asked by the family to pursue the matter of bond, solely. It was not the intention of defendant Hill family that Ms. McClain take over as lead counsel.

4. On the other hand, Ms. McClain has told government counsel that this is her case. Consequently all discovery has gone to her. Falconer has made numerous attempts, in writing and by telephone, to contact Ms. McClain but to no avail.

5. This is an anomalous situation which needs to be resolved.

Respectfully submitted,

/s/ Michael James Falconer
One of the attorneys for Daniel Hill

#17936
Michael J. Falconer
35 East Wacker Drive
Suite 650
Chicago. Illinois 60601.
236-7177
Fax # 782-4519
mfalconer@prodigy.net