UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| V. | ) | 07 CR 0843 |
| | ) | |
| | ) | Magistrate Judge Schenkier |
| Daniel Hill | ) | |

TO:  Rachel Cannon, AUSA          Joan Hill McClain
     United States Attorney's Office    3809 S. Ellis
     219 S. Dearborn                Chicago, IL 60653
     Chicago

NOTICE OF MOTION

    PLEASE TAKE NOTICE that on April 3, 2008 at 8:30 a.m. I will appear before the Honorable Sidney J. Schenkier in the court room usually occupied by him [Room 1700] in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois or before such other judge who may be sitting in his place and then and there present  <u>MOTION TO CLARIFY STATUS OF COUNSEL</u>.

                                    _____
                                    /s/MICHAEL J. FALCONER

PROOF OF SERVICE BY MAIL

 The undersigned attorney certifies that a copy of the foregoing pleading was served upon the person to whom it is above directed

☐ by use of the court ECF system

☐ by placing same in the U.S. Mail at 35 East Wacker Drive, properly addressed with postage prepaid

☐ personal delivery

March 27, 2008

              _____
              /s/MICHAEL J. FALCONER

MICHAEL J. FALCONER
35 East Wacker Drive
Suite 1750
Chicago, Illinois 60601
(312) 236-7177
mfalconer@prodigy.net