


**FILED**

**APR 1 4 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**APR 1 4 2008**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No.    1:07-CR-00843 |
| v. | ) | Judge: Honorable Sidney I. |
| | ) | Schenkier |
| DANIEL HILL, et. al., | ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW

Defendant, DANIEL HILL, by his attorney, Joan A. HillMcClain, respectfully moves this Honorable Court to enter an Order allowing her to withdraw as attorney for. In support thereof, Attorney Joan A. HillMcClain states:

1. That defendant has been unable to retain my services as his attorney and requested her to withdraw.

2. I am unable to afford to represent the defendant as a *pro bono* client.

3. That neither the defendant nor the government will be prejudiced if counsel is allowed to withdraw at this time.

4. This motion is not intended to delay the proceedings herein.

Wherefore, counsel respectfully ask this Honorable Court to grant her motion to withdraw and accordingly enter an order.

Respectfully,

_____
Joan A. HillMcClain

Attorney for Daniel Hill
3809 S. Ellis
Chicago, Illinois 60653
(312) 297-1830