**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

APR 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No.     1:07-CR-00843 |
| v.     ) | Judge:  Honorable Sidney I. |
| ) | Schenkier |
| ) | |
| DANIEL HILL, et. al., ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**Please Take Notice** that I shall appear before the Honorable Sidney I.

Schenkier on April ___30___, 2008 at 8:30 a.m., or any judge sitting in his

stead, in Courtroom 1700 at 219 S. Dearborn, Chicago, Illinois, to present the

enclosed motion: Motion to Withdraw as Defendant's Attorney.

**Dated:** April 14, 2008

Joan A. HillMcClain

## CERTIFICATE OF SERVICE

The undersigned certifies that she has mailed, via U.S. Mail, a copy of:

Motion to Withdraw as Defendant's Attorney herein to all the named parties listed

below on April 14, 2008.

Joan A. HillMcClain

2.    Rachel Marie Cannon, AUSA
      United States Attorney's Office
      219 S. Dearborn, Suite 500
      Chicago, Illinois 60604

3.    J. Clifford Greene, Jr., Attorney
      55 W. Monroe, Suite 2455
      Chicago, Illinois 60603
      Rondell Freeman

4.    Leonard C. Goodman, Attorney
      53 W. Jackson, Suite 1220
      Chicago, Illinois 60604

      Brian Wilbourn

5.    Michael J. Falconer, Attorney
      35 E. Wacker, Suite 650
      Chicago, Illinois 60601

6.    James. D. Tunick, Attorney
      53 W. Jackson, Suite 1362
      Chicago, Illinois 60604

      Adam Sanders

7.    Ellen R. Domph, Attorney
      53 W. Jackson, Suite 1544
      Chicago, Illinois 60604

      Demarquis Williams

8.    Ralph J. Schindler, Jr., Attorney
      53 W. Jackson, Suite 818
      Chicago, Illinois 60604

      Senecca Williams

9.    Patrick E. Boyle, Attorney
      155 N. Michigan, Suite 562
      Chicago, Illinois 60601

Reginald Baker

10.   Paul Edward Paprocki, Attorney
      3310 N. Harlem
      Chicago, Illinois 60634

      Robert Freeman

11.   Robert S. Nathan, Attorney
      53 W. Jackson, Suite 1556
      Chicago, Illinois 60604

      Clint Linzy

12.   Clark P. Devereux, Attorney
      53 W. Jackson, Suite 615
      Chicago, Illinois 60604

      Lonnie Mack

13.   John M. Beal, Attorney
      53 W. Jackson, Suite 1108
      Chicago, Illinois 60604

      Lance Olden

14.   Steven Saltzman, Attorney
      122 S. Michigan, Suite 1850
      Chicago, Illinois 60603

      Terrance Sewell

15.   Eugene, Steingold, Attorney
      111 W. Washington
      Chicago, Illinois 60602

      Marcell Thomas

16.   Jerry D. Bischoff, Attorney
      35 E. Wacker Driver, Suite 650
      Chicago, Illinois 60601

      Darnell Williams