# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 3 | **DATE** | 4/29/2008 |
| **CASE TITLE** | United States of America vs. Daniel Hill | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Joan Hill McClain's motion to withdraw as counsel for Daniel Hill (doc. # 172) is granted. Mr. Falconer having been previously appointed as counsel for the defendant, the Court reinstates Mr. Falconer as counsel for the defendant.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|