United States District
Northern District
Easter Division

# FILED

United States
vs
Daniel Hill

JUL 2 9 2008 MB
JUL 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 CR 843
Case No. 07CR.843, 15
Judge Lefkow, Joan

## Motion Dismiss - Entrapment

Comes Now Daniel Hill (Pro se) Defendant and moves the court to exercise its inherent powers and dismiss the indictment based on entrapment.

The conduct of the government in this case has the artificiality and the overreaching quality of the conduct of the agents condemned by the Second Circuit in United States v. ARCHER, 486 F2d 670 (2d Cir 1983). The court noted that the government may not engage in unlimited involvement in crime for the sake of apprehending criminals.

The ninth Circuit in United States v. Lutterell, 889 F2d 806 (9th Cir 1989) Remanded to district court for findings to determine if there was any basis for government agents to target seemingly innocent people with a scheme that it had engineered. The district court needed, on Remand to determine any foundation in either individualized evidence or a reasonable that attempted to induce them to commit crimes.

In connection with this motion, there was no indication that Daniel Hill had been involved in any distribution of Controlled Substance. Since the government appears to have set up the scheme by which Daniel Hill was eventually caught, Its is Outrageous for him to be prosecuted for what was actually an Illegal Activity completely set up by the United States government Submitted Respectfully.
Pro se under necessity

Daniel Hill
Daniel Hill