United States District Court
Northern District
Eastern Division

**FILED**
JUL 29 2008
Jul 29, 2008 MB
MICHAEL W. DOBBINS
07CR 843 CLERK, U.S. DISTRICT COURT

United States ) plaintiff
v.
Daniel Hill ) defendant

Case No. 07CR 843, 15
Judge Lefkow, Joan

## Motion for Grand Jury Records

Daniel Hill (prose) moves to discover the ministerial records of the grand jury that returned the indictment, in his case. This motion is made pursuant to rules 12(b) and 16 of the Federal Rules of Criminal Procedure and the common law right of public access to ministerial grand jury records. In re special Grand Jury (for Anchorage Alaska), 674 F2d 778, 780-81 (9th Cir 1982). Specifically, the defendant seeks the following;

1) Any order reflecting the beginning or extension of the term of that grand jury
2) Roll sheets reflecting attendance records of the grand jurors and any substitutions;
3) Records setting forth the method by which the grand jury was impaneled
4) Voting records related to any decision to extend the life of the grand jury;
5) All records of disclosure of names of persons receiving information about matters occurring before the grand jury (as define in Rule 6(e));
6) A list of all persons to whom grand jury materials were disclosed, the date of such disclosure, letters or warnings given to any persons regarding disclosure and any petition for disclosure or notification of disclosure given to the court concerning such disclosure;

~~of all grand jury subpoenas were returned~~

7) A copy of all grand jury subpoenas for documents or testimony issued in this case, as well as the dates materials obtained from these subpoe[nas] were returned to the grand jury and a list of all exhibits or document[s of] evidence presented to the grand jury.

(Prose under neccesity)

Respectfully Submitted.

Dan Hill

Daniel Hill
Defendent (Prose)