United States District
Northern District of Illinois
Eastern Division

United States )
 )
Vs )
 )
Daniel Hill )
Defendent

FILED
JUL 29 2008
JUL 29, 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. 07CR.843-15
07CR 843
Judge Lefkow, Joan

## Motion for Bill of Particulars

Conspiracy - Count One

1) The exact language, word, or words allegedly used by the defendents which allegedly indicated, or tended to indicate, that they willfully and knowingly agreed to commit the crimes charged in the indictment;

2) The Dates upon which DANIEL Hill allegedly commited the charged offense;

3) The places (cities, states, street addresses, apartment numbers) where Daniel Hill allegedly commited the crimes charged;

4) The Names and addresses of person or persons present or listening when the defendents allegedly commited the crimes charged;

5) With regard to the allegation of the conspiracy, the following;

 A) what other acts the conspirators commited;
 B) which conspirators participated in each such act;
 C) what the purpose of the act was;
 D) where the acts was commited;
 E) The date the act was commited;
 F) The names and Addresses of witnesses present when the act was commited;
 G) The nature of the act, and the date, time and place of said act, by which Daniel Hill commited in futherance of the conspiracy

6) The time and date and place of the last act daniel Hill is charged with having committed in furtherance of the conspiracy;

8) Whether the government is charging DANIEL HILL with Aiding and betting in the commission of a crime;

9) The names of unindicted, but identified coconspirators of DANIEL HILL Including those whose names may have become known since the Return of the Indictment, or names of those other persons whom the government deleted or omitted from the indictment;

(Prose under neccesity)

Respectfully submitted

D.L Hill
Defendent (Prose)
DANIEL HILL