United States District
Northern District of Illinois
Easter Division.

FILED

JUL 3 1 2008 LCW

Jul 31, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States )
    Vs )
Daniel Hill )
    Defendant )

CASE NO. 07CR.843-15
Judge Leftkow, Joan

## Motion for Bill of Particulars

CONSPIRACY-COUNT ONE

1) The exact language, word, or words allegedly used by the defendents which allegedly indicated, or tended to indicate, that they willfully and knowingly agreed to commit the crimes charged in the indictment;

2) The Dates upon which DANIEL Hill allegedly committed the charged offense;

3) The places (cities, states, street addresses, apartment numbers) where DANIEL Hill allegedly committed the crimes charged;

4) The names and addresses of person or persons present or Listening when the defendents allegedly committed the crimes charged;

5) with regard to the allegation of the conspiracy, the following;

   A) what other acts the conspirators commited;

   B) which conspirators participated in each such act;

   C) what the purpose of the act was;

   D) where the acts was commited;

   E) The date the act was commited;

   F) The names and Addresses of witnesses present when the act was committed;

   G) The nature of the act, and the date, time and place of said act, by which DANIel Hill committed in futherance of the conspiracy

7) The time and Date and place of the last act daniel Hill is charged with having committed in futherance of the conspiracy.

8) Whether the government is charging DANIEL HILL with Aiding and betting in the commission of a crime;

9) The names of unindicted, but identified coconspirators of DANIEL HILL Including those whose names may have become Known since the Return of the Indictment, or names of those other persons whom the government deleted or omitted from the indictment;

(Prose under neccesity)

Respectfully submitted

_D.l Hill_
Defendent (Prose )
DANIEL HILL